**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SUSAN ANN HUBBARD,

                        Plaintiff,                      23 **CIVIL** 0883 (JLC)

            -against-                          **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner, Social Security
Administration,

                      Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated December 13, 2023, Hubbard's motion for judgment on the pleadings is denied. Judgment is entered for the Commissioner and the case is closed.

**Dated:** New York, New York
           December 14, 2023

                                                         **RUBY J. KRAJICK**
                                                               Clerk of Court

                                 **BY:**

                                                                **Deputy Clerk**